UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY MASON,

                   Plaintiff,

-v-

STORAGE RENTALS OF AMERICA,

                   Defendant.

22-CV-3243 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The complaint was filed on May 25, 2022. (*See* Dkt. No. 7 ("Compl.").) Although Plaintiff alleges that he resides in this district (*see* Compl. ¶ 2), Defendant does not reside here (*see* Compl. ¶¶ 3-4), and this action appears to concern whether Defendant properly handled Plaintiff's items when it placed them in a storage facility located at 20 Mill Street, Belleville, NJ 07109. (See Compl. ¶ 5.) Venue therefore appears improper. *See* 28 U.S.C. § 1391.

    By September 1, 2022, Plaintiff is directed to submit a letter explaining why this case should remain in the Southern District of New York and should not be transferred to the District of New Jersey. After that date, absent good cause shown, the Court will issue an order transferring this case to the District of New Jersey pursuant to 28 U.S.C. § 1404(a).

    SO ORDERED.

Dated: August 18, 2022
       New York, New York

                                                J. PAUL OETKEN
                                         United States District Judge