UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY MASON,

                              Plaintiff,

                    -v-

STORAGE RENTALS OF AMERICA,
                              Defendant.

22-CV-3243 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On August 18, 2022, this Court issued an order directing Plaintiff to show good cause as to why this case should remain in the Southern District of New York and should not be transferred to the District of New Jersey.  (Dkt. No. 8).  Plaintiff failed to respond to that order by the deadline of September 1, 2022.

The Clerk of Court is therefore directed to transfer this case forthwith to the U.S. District Court for the District of New Jersey.

SO ORDERED.

Dated:  September 9, 2022
          New York, New York

                                        _____
                                                  J. PAUL OETKEN
                                              United States District Judge